Jonathan E. Davis, State Bar No. 191346
jed@arnslaw.com
Shounak S. Dharap, State Bar No. 311557
ssd@arnslaw.com
Juan C. Flores, State Bar No 333473
jcf@arnslaw.com
Juancarlos Hernandez, State Bar No. 363616
jch@arnslaw.com
**ARNS DAVIS LAW**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California  94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs

Maureen M. Michail, State Bar No 185097
MMM@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California St., Suite 1500
San Francisco, CA 94111
Tel. (415) 421-1100

Eric W. Matzke *(Admitted Pro Hac Vice)*
eric.matzke@quarles.com
**QUARLES & BRADY LLP**
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Tel. (414) 277-5335

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RUBEN RIVAS and CONCEPCION SAVILLON RIVAS ;<br><br>          Plaintiff,<br><br>vs.<br><br>ARBON EQUIPMENT CORPORATION, RITE-HITE COMPANY, LLC and DOES 1 to 100, inclusive | No. 4:24-cv-03346-ASK<br><br>**ORDER (*AS MODIFIED*) AMENDING SCHEDULING ORDER** |

Defendants.

Upon consideration of the Parties' Stipulated Request to Modify Scheduling Order, and having found good cause pursuant to Fed. R. Civ. P. 16(b)(4), the Court GRANTS the Stipulated Request to Modify the Scheduling Order issued on August 25, 2025 and ORDERS as follows:

| Event | Current Deadline | Deadline |
| --- | --- | --- |
| Initial Expert Disclosures | January 30, 2026 | April 30, 2026 |
| Fact Discovery Cut-off | January 30, 2026 | April 30, 2026 |
| Rebuttal Expert Disclosures | February 23, 2026 | May 25, 2026 |
| Expert Discovery Cut-off | March 9, 2026 | June 8, 2026 |
| Deadline to Complete Private Mediation | April 29, 2026 | July 28, 2026 |
| Last Day to Hear Dispositive Motions | June 11, 2026 | September 9, 2026 at 1:30 PM |
| Pre-Trial Conference | August 26, 2026 | November 10, 2026 at 1:30 PM |
| Jury Trial (7-days) | September 8, 2026 | December 7, 2026 at 9:00 AM |

**IT IS SO ORDERED.**    January 23, 2026

By: _____
HON. AJAY KRISHNAN
MAGISTRATE JUDGE

-2-
ORDER (AS MODIFIED) AMENDING SCHEDULING ORDER