**DKM LAW GROUP, LLP**
MAUREEN M. MICHAIL (SBN 185097)
    E-Mail: MMM@dkmlawgroup.com
50 California Street, Ste. 1500
San Francisco, CA 94111
Telephone: (310) 753-9402
Facsimile: (415) 842-0095

**QUARLES & BRADY LLP**
ERIC W. MATZKE
(admitted *pro hac vice*)
    E-Mail: eric.matzke@quarles.com
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI  53202-4428
Telephone: 414.277.5335

Attorneys for Defendants,
ARBON EQUIPMENT CORPORATION and
RITE-HITE COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RIVAS and CONCEPCION SAVILLON RIVAS, | CASE NO. 4:24-cv-03346-ASK |
| Plaintiffs, | **ORDER TO AMEND SCHEDULING ORDER** |
| vs. | Hon. Ajay S. Krishnan |
| ARBON EQUIPMENT CORPORATION, RITE-HITE COMPANY, LLC and DOES 1 to 100, inclusive, | |
| Defendants. | |

Upon consideration of the Parties' Joint Stipulation to Modify Scheduling Order, and having found good cause pursuant to Fed. R. Civ. P. 16(b)(4), the Court GRANTS the Parties' Stipulated Request and hereby AMENDS the Third Amended Case Management and Pre-Trial Order issued on January 23, 2026, as follows:

ORDER TO AMEND CASE SCHEDULE  - 4:24-cv-3346-ASK     1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosures | April 30, 2026 | April 30, 2026 |
| **Designation of Rebuttal Experts** | **May 25, 2026** | **July 10, 2026** |
| **Close of Expert Discovery** | **June 8, 2026** | **July 24, 2026** |
| Deadline to Complete Private Mediation | July 28, 2026 | July 28, 2026 |
| Last Day to Hear Dispositive Motions | September 9, 2026 | September 9, 2026 |
| Pre-Trial Conference | November 10, 2026 | November 10, 2026 |
| Jury Trial | December 7, 2026 | December 7, 2026 |

**IT IS SO ORDERED.**   May 14, 2026

By:  _____
     HON. AJAY KRISHNAN
     U.S. MAGISTRATE JUDGE

ORDER TO AMEND CASE SCHEDULE  - 4:24-cv-3346-ASK        2